UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

BRENDA BANKS,　　　　　　　　　　　　　　CIVIL NO. 15-3822 (SRN/JSM)

　　　　Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　ORDER

K. GULBRANDSON et al.,

　　　　Defendants.


The above matter came before the Court on the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated October 5, 2016.  No objections have been filed to that Report and Recommendation in the time period permitted.  Based on the Report and Recommendation of the Magistrate Judge, and upon all of the files, records, and proceedings herein, the Court now makes and enters the following Order:

　　　　IT IS HEREBY ORDERED that

　　　　1.　　Defendant K. Gulbrandson's Motion to Dismiss Complaint [Docket No. 21] is **GRANTED.**

　　　　2.　　Plaintiff's Complaint [Doc. No. 1] is DISMISSED WITHOUT PREJUDICE.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**


Dated: October 25, 2016　　　　　　　　　　s/Susan Richard Nelson
　　　　　　　　　　　　　　　　　　　　　　SUSAN RICHARD NELSON
　　　　　　　　　　　　　　　　　　　　　　United States District Judge